# SMITH & SMITH

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**
ATTORNEYS AT LAW

6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will@smithandsmithpllc.com

*Attorneys for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| NORMA E. CASTANEDA, | Case No. 4:20-bk-01741-SHG |
| Debtor. | **NOTICE OF LIMITED APPEARANCE** |

John C. Smith of Gerald K. Smith and John C. Smith Law Offices, PLLC hereby gives notice of his limited appearance on behalf of the Debtor, Norma E. Castaneda, for the hearing on cash collateral scheduled on March 17, 2020, at 3:00 P.M.

DATED this 17th day of March 2020.

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

By: */s/ John C. Smith*
John C. Smith
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and additionally e-mailed copies of the attached document to the following ECF registrants:

Dianne C. Kerns*
31 North 6th Avenue, #105-152
Tucson, Arizona 85701
Email: dckerns@dcktrustee.com
*Chapter 13 Trustee*

David L. Knapper*
LAW OFFICES OF DAVID L. KNAPPER
1599 East Orangewood Avenue, Suite 125
Phoenix, Arizona 85020
E-Mail: dlk@knapperlaw.com
*Attorney for SDS Smith Family Investments, LLC*

Janet Marie Spears
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933
Email: ecfazb@aldridgepite.com
*Attorneys for Cenlar FSB*

 /s/ Kate Manns
Kate Manns